Decided November 16, 2000

## STATE OF CONNECTICUT *v.* MICHAEL BROWN

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 487 (AC 18089), is granted, limited to the following issue:

"Whether the Appellate Court correctly determined that it was not necessary for the trial court to instruct the jury on the definition of a firearm under General Statutes § 53a-3 as part of the trial court's instructions on the sentence enhancement provisions of General Statutes § 53-202k?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16423.

*William B. Westcott*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided November 16, 2000